IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Urbina, Anabel

Printed: 11/13/07

Case Number: 07 B 07916
Judge: Hollis, Pamela S
Filed: 5/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Wheels Of Chicago | Secured | 6,857.00 | 0.00 |
| 4. | Capital One | Unsecured | 119.90 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 155.09 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 128.70 | 0.00 |
| 7. | A & B Jewelry Inc | Unsecured | 101.37 | 0.00 |
| 8. | Capital One | Unsecured | 145.09 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 24.20 | 0.00 |
| 10. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 11. | AmSher Collection Services | Unsecured |  | No Claim Filed |
| 12. | Jefferson Capital | Unsecured |  | No Claim Filed |
| 13. | Baker Miller Markoff & Krasny LLC | Unsecured |  | No Claim Filed |
| 14. | Continental Furniture | Unsecured |  | No Claim Filed |
| 15. | Harris & Harris | Unsecured |  | No Claim Filed |
| 16. | Creditors Alliance For The School Shop | Unsecured |  | No Claim Filed |
| 17. | Harris & Harris | Unsecured |  | No Claim Filed |
| 18. | State Collection Service | Unsecured |  | No Claim Filed |
| 19. | Citi Cards | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 7,531.35 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Urbina, Anabel

Printed: 11/13/07

Case Number:  07 B 07916
Judge:  Hollis, Pamela S
Filed:  5/1/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_